THE PEOPLE *ex rel.* FENTON DELLAHOUSSAYE, Petitioner-Appellant, *v.* JOHN J. TWOMEY, Warden at Illinois State Penitentiary at Menard, Respondent-Appellee.

(No. 57194;

First District (1st Division)—April 17, 1973.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for appellee.